**UNITED STATES DISTRICT COURT FOR**
**THE SOUTHERN DISTRICT OF NEW YORK**

<table>
<tr><td>

In re subpoena issued to Jefferies LLC

SAISRAVAN BHARADWAJ KARRI,

      Plaintiff,

      v.

OCLARO, INC. et al.

      Defendants.

</td><td>

Misc. Case No. _____

(Related to Saisravan Bharadwaj Karri v. Oclaro Inc., Case No. 18-cv-03435-JD/Northern District of California)

</td></tr>
</table>

**NOTICE OF MOTION TO QUASH**
**BY JEFFERIES LLC**

PLEASE TAKE NOTICE that, upon the Declaration of Scott S. Balber and the accompanying Memorandum of Law, Movant Jefferies LLC., by its attorneys, will move this Court before the Honorable _____, United States District Court Judge for the Southern District of New York, at a date and time to be determined by the Court, in Courtroom _____, United States Courthouse, 500 Pearl Street, New York, New York 10007, pursuant to Federal Rule of Civil Procedure 45(d) for an order quashing the subpoena served on Jefferies LLC in connection with Saisravan Bharadwaj Karri v. Oclaro Inc., Case No. 18-cv-03435-JD (N.D. Cal.).

PLEASE TAKE FURTHER NOTICE that pursuant to Local Rule 6.1(a) of the Local Rules for the Southern District of New York, any opposing affidavits and answering memoranda of law shall be served within seven days after service of the moving papers.

1

Any reply affidavits and reply memoranda of law shall be served within two days after service
of the answering papers.

Dated:  June 21, 2022                    HERBERT SMITH FREEHILLS NEW YORK LLP


                                  By:    /s/ Scott S. Balber
                                         Scott S. Balber
                                         Jared S. Stein
                                         450 Lexington Avenue, 14th Floor
                                         New York, NY  10017
                                         (917) 542-7600
                                         scott.balber@hsf.com
                                         jared.stein@hsf.com
                                         *Attorneys for Jefferies LLC*