UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE SUBPOENA ISSUED TO JEFFERIES LLC | **ORDER**<br>22-mc-169 (ER) |

Ramos, D.J.:

 This action was filed on June 21, 2023.  Doc. 1.  Jefferies LLC sought to quash a subpoena served by Saisravan Bharadwaj Karri in connection with a case pending in the Northern District of California.  The docket reflects that service was effectuated on June 21, 2022.  Doc. 6.  However, there has been no further action since that date.

 By Wednesday, September 13, 2023, Jefferies is directed to file a letter providing the Court with the status of this case.

It is SO ORDERED.

Dated: September 8, 2023
    New York, New York

_____
EDGARDO RAMOS, U.S.D.J.