UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE SUBPOENA ISSUED TO JEFFERIES LLC | **ORDER**<br>22-mc-169 (ER) |

Ramos, D.J.:

This action was filed on June 21, 2022.  Doc. 1.  Jefferies LLC sought to quash a subpoena served by Saisravan Bharadwaj Karri in connection with a case pending in the Northern District of California.  The docket reflects that service was effectuated on June 21, 2022.  Doc. 6.  However, Karri did not respond to the motion or otherwise appear in this case.  The Court thus ordered Jeffries to submit a letter providing the status of the case on September 8, 2023.  Doc. 7.

On September 13, 2023, Jeffries informed the Court that Karri did not seek to enforce the subpoena.  Doc. 8. Additionally, it notified the Court that discovery in the underlying case has since closed, and the parties' settlement agreement was preliminarily approved by the court.  *Id.*  Jeffries therefore suggested that the motion to quash should be denied as moot.

Given these developments, the pending motion to quash is DENIED as moot.  Docs. 1–3.  The Clerk of Court is respectfully directed to terminate the motion, Doc. 1, and close the case.

It is SO ORDERED.

Dated:   September 14, 2023
         New York, New York

EDGARDO RAMOS, U.S.D.J.